CECILIA MILLER (SBN: 211111)
Email: cmiller@buchalter.com
BUCHALTER
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335

JEANINE M. DONOHUE (SBN: 161740)
jdonohue@buchalter.com
BUCHALTER, APC
1230 Pine Street
St. Helena, CA 94574-1106
Telephone: (707) 967-9656
Fax: (707) 963-0771

Attorneys for Plaintiff
CAROLINE SIMMONS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 4:21-cv-03534-SBA<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER FOR PRETRIAL PREPARATION; ORDER**<br><br>Judge: Hon. Saundra Brown Armstrong<br><br>Complaint filed: April 6, 2021<br>Notice of Removal filed: May 11, 2021<br>Trial Date: March 20, 2023 |

Plaintiff Caroline Simmons ("Plaintiff") and Defendant Federal Insurance Company ("Defendant"), collectively referred to as "the Parties", acting by and through their respective counsel of record, hereby stipulate and agree to the following:

WHEREAS, this case involves the alleged denial of insurance policy benefits by Defendant, under a property policy arising out of the alleged damages and losses claimed by the insured, Plaintiff, as the result of the 2017 Atlas Peak wildfire;

WHEREAS, one of the central issues in the case are the competing expert opinions on the alleged damages to the property;

WHEREAS, as part of the continued mediation efforts, the Parties have retained a Stipulated Independent Expert, Dr. Joel Sipe, to opine on the sole issue of causation of the alleged damages to the property subject to this lawsuit;

WHEREAS, due to scheduling conflicts of the Parties and their experts, the soonest a site inspection can be conducted with the Stipulated Independent Expert, Dr. Joel Sipe and the Parties' experts is June 17, 2022, with Dr. Sipe's expert report due no later than June 30, 2022 and a joint status report filed with the Court no later than July 8, 2022;

WHEREAS, it is the intent of the Parties to engage in further mediation once the Stipulated Independent Expert, Dr. Joel Sipe, has completed his expert report, and anticipate that such mediation will occur in late July or early August;

WHEREAS, the Parties believe that it is in the best interests for a meaningful and productive mediation and potentially, the resolution of the dispute, to continue the fact discovery deadline, the expert discovery deadline, and the Law and Motion deadline;

WHEREAS, the Parties do not seek to modify any other deadlines, including the Pretrial Conference date or the Trial date;

WHEREAS this is the first request for a modification to the initial Case Management Order;

WHEREAS, pursuant to the agreement of the Parties, they now jointly request modification of the scheduling order to permit them to attend further mediation post receipt of Dr. Sipe's report. The Parties agree that good cause exists to continue the current schedule, as follows:

| Event | Current Date/Deadline | New Date/Deadline (PROPOSED) |
|---|---|---|
| Completion of Fact Discovery | September 15, 2022 | November 15, 2022 |
| Disclosure of Experts; Serve Opening Expert Reports | October 14, 2022 | November 15, 2022 |
| Disclosure of Rebuttal Expert Reports | November 6, 2022 | December 6, 2022 |
| Completion of Expert Discovery | November 15, 2022 | December 19, 2022 |

| | | |
|---|---|---|
| Last Day to Hear Law and Motion | December 11, 2022 at 2:00 p.m. | January 11, 2023 at 2:00 p.m. |
| Pretrial Preparation Due | January 18, 2023 | No modification |
| MILS/Objections to Evidence | February 1, 2023 | No modification |
| Responses to MILS/Objections to Evidence | February 8, 2023 | No Modification |
| Replies | February 15, 2023 | No Modification |
| Pretrial Conference | March 14, 2023 at 2:00 p.m. | No Modification |
| First Day of Trial (10-12 days) | March 20, 2023 at 10:00 a.m. | No Modification |

IT IS SO STIPULATED.

DATED:  May 18, 2022

BUCHALTER
A Professional Corporation


By:  /s/JEANINE M. DONOHUE
        CECILIA O. MILLER
      JEANINE M. DONOHUE
       Attorneys for Plaintiff
      CAROLINE SIMMONS

DATED:  May 18, 2022

MOUND COTTON WOLLAN & GREENGRASS LLP



By:  ___/s/ Melissa A. Dubbs_____
        MELISSA DUBBS
     Attorney for Defendant
   FEDERAL INSURANCE COMPANY

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: May 18, 2022

                                                */s/JEANINE M. DONOHUE*
                                               JEANINE M. DONOHUE

## **ORDER**

The Joint Stipulation to Modify Scheduling Order and Proposed Order is hereby adopted by the Court as the Order for Pretrial preparation for the case and the parties are ordered to comply with this Order.

Dated: 6/16/2022

*Saundra B. Armstrong* RS
RICHARD SEEBORG FOR SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT