Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Melissa A. Dubbs, State Bar No. 163650
mdubbs@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile:  (510) 900-9381

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY; and DOES 1 through 50, inclusive<br><br>    Defendants. | Case No. 4:21-cv-03534-SBA<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER FOR PRETRIAL PREPARATION (SECOND); ORDER**<br><br>**Judge:** Hon. Saundra B. Armstrong<br><br>**Complaint filed:** April 6, 2021<br>**Notice of Removal filed:** May 11, 2021 Trial Date: March 20, 2023 |

Plaintiff Caroline Simmons ("Plaintiff") and Defendant Federal Insurance Company ("Defendant"), collectively referred to as "the Parties", acting by and through their respective counsel of record, hereby stipulate and agree to the following:

WHEREAS, this case involves the alleged denial of insurance policy benefits by Defendant, under a property policy arising out of the alleged damages and losses claimed by the insured, Plaintiff, as the result of the 2017 Atlas Peak wildfire;

WHEREAS, as part of the continued mediation efforts, the Parties originally scheduled mediation for August 4, 2022, which was after receipt of the June 30, 2022 report of their joint Stipulated Independent Expert, Dr. Joel Sipe.  Due to Plaintiff's scheduling conflict, the mediation was continued to September 30, 2022.

1   WHEREAS, due to a dispute between the parties concerning Dr. Sipe's report, the September 30, 2022 mediation will be re-scheduled for some time in December after disclosure of experts.

WHEREAS, due to an upcoming trial in October which is expected to last the full month, counsel for Defendant is unavailable to engage in depositions until November;

WHEREAS, the Parties continue to engage in all other fact discovery;

WHEREAS, the Parties believe that it is in the best interests for both a meaningful and productive mediation and the smooth and orderly scheduling and participation of depositions, to continue the fact discovery deadline for thirty (30) days;

WHEREAS, the Parties do not seek to modify any other deadlines, including the Pretrial Conference date or the Trial date;

WHEREAS this is the second request for a modification to the initial Case Management Order;

WHEREAS, pursuant to the agreement of the Parties, they now jointly request modification of the scheduling order to permit the smooth and orderly conduct discovery in the event mediation is unsuccessful. The Parties agree that good cause exists to continue the current schedule, as follows:

| Event | Current Date/Deadline | New Date/Deadline (PROPOSED) |
|---|---|---|
| Completion of Fact Discovery | November 15, 2022 | December 15, 2022 |
| Disclosure of Experts; Serve Opening Expert Reports | November 15, 2022 | No modification |
| Disclosure of Rebuttal Expert Reports | December 6, 2022 | No modification |
| Completion of Expert Discovery | December 19, 2022 | No modification |
| Last Day to Hear Law and Motion | January 11, 2021 at 2:00 p.m. | No modification |
| Pretrial Preparation Due | January 18, 2023 | No modification |
| MILS/Objections to Evidence | February 1, 2023 | No modification |
| Responses to MILS/Objections to Evidence | February 8, 2023 | No Modification |
| Replies | February 15, 2023 | No Modification |

| Pretrial Conference | March 14, 2023 at 2:00 p.m. | No Modification |
|---|---|---|
| First Day of Trial  (10-12 days) | March 20, 2023 at 10:00 a.m. | No Modification |

IT IS SO STIPULATED.

DATED:  September 20, 2022            BUCHALTER
                                       A Professional Corporation

                                       By:    /s/Jeanine M. Donohue
                                              CECILIA O. MILLER
                                              JEANINE M. DONOHUE
                                              Attorneys for Plaintiff
                                              CAROLINE SIMMONS

DATED:  September 20, 2022            MOUND COTTON WOLLAN & GREENGRASS LLP

                                       By:    /s/Melissa A. Dubbs
                                              MELISSA A. DUBBS
                                              Attorney for Defendant
                                              FEDERAL INSURANCE COMPANY

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated:  September 20, 2022

                                        /s/Melissa A. Dubbs
                                        MELISSA A. DUBBS

**ORDER**

The Joint Stipulation to Modify Scheduling Order and Proposed Order is hereby adopted by the Court as the Order for Pretrial preparation for the case and the parties are ordered to comply with this Order.

Dated: October 3, 2022

*Saundra B. Armstrong* RS
Richard Seeborg for Saundra B. Armstrong
United States District Court