UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE SIMMONS,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>   Defendant. | Case No. 4:21-cv-03534-YGR<br><br>**CASE SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| COMPLIANCE DEADLINE FOR JOINT STATEMENT RE: SELECTED MEDIATOR: | October 27, 2023, at 9:01 a.m. |
| END OF EXPERT DISCOVERY: | November 7, 2023 |
| MEDIATION COMPLETED BY: | January 12, 2024 |
| DEFENDANT'S SUMMARY JUDGMENT MOTION DUE[1]: | February 13, 2024 |
| PLAINTIFF'S OPPOSITION DUE: | March 12, 2024 |
| DEFENDANT'S REPLY DUE: | March 26, 2024 |
| HEARING ON SUMMARY JUDGMENT MOTION: | May 7, 2024, at 1:00 p.m. |
| COMPLIANCE DEADLINE FOR JOINT PRETRIAL CONFERENCE STATEMENT: | August 23, 2024, at 9:01 a.m. |
| PARTIES TO EXCHANGE EXHIBITS BY: | August 2, 2024 |
| PRETRIAL CONFERENCE: | Friday, September 6, 2024, at 9:00 a.m. |
| TRIAL DATE: | Monday, September 23, 2024, at 8:00 a.m. |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall

---

[1] Defendant is relieved from its prefiling obligations as set out in the Court's Standing Order on Civil Cases.

meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, August 30, 2024, at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. All compliance deadlines are decided on the papers and personal appearances are not necessary. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 11, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE