# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 10, 2025 | **Time:** 5 Hours 49 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 21-cv-3545-YGR | **Case Name:** Simmons v. Federal Insurance Company | |

**Attorney for Plaintiff:** Steven Brower and Jason Brower

**Attorney for Defendant:** Robert Romero, Alexander Baggio, Jonathan Gross, and Renee Peters

**Deputy Clerk:** Edwin Cuenco         **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Jury Trial – HELD. See Trial Log and Exhibit List attached.

The following witnesses were called by the plaintiff: Ms Caroline Simmons, Mr, James Russell Rose, and Mr. Terry Klein.

Jury trial is continued to Tuesday, February 11, 2025, at 8:00 AM (attorneys and parties) and at 8:30 AM (jury).