UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-03534-YGR
Case Name: Simmons v. Federal Insurance Company

TRIAL SHEET

| JUDGE: Yvonne Gonzalez Rogers | PLAINTIFF ATTORNEY: Steven Brower, Jason Brower, and Thuy Luong | DEFENSE ATTORNEY: Robert Romero, Alexander Baggio, Jonathan Gross, and Renee Peters |
|---|---|---|
| DATE: February 13, 2025 | REPORTER: Raynee Mercado | CLERK: Edwin Cuenco |
| TIME IN COURT: 4 hours 25 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:02 am | | | Court is reconvened. Matters are discussed outside the presence of the jury: Exhibits, the addition of 20 minutes time allocation per side; Witnesses to be called and time allocation for Phase Two. | |
| 413A-72 | | | x | x | Underwriting notes dated February 9, 2018. | |
| 413A-329 | | | x | x | Underwriting notes dated February 9, 2018. | |
| 413A-330 | | | x | x | Underwriting notes dated February 9, 2018. | |
| | | 8:14 am | | | The Court is in recess. | |
| | | 8:15 am | | | Court is reconvened. The Court denies the defendant's oral motion to pause between Phase One and Phase Two of the trial. | |
| | | 8:18 am | | | The Court is in recess. | |
| | | 8:29 am | | | The Court is reconvened. A note is received from the jury. | |
| | | 8:30 am | | | The jury enters the courtroom. | |
| | | 8:33 am | | | Defense witness Mr. Thomas Rowe is recalled. Mr. Romero continues the direct examination of Mr. Rowe. | |
| | | 8:41 am | | | Cross examination of Mr. Rowe by Mr. Jason Brower. | |
| 424 | | | x | | Invoice dated April 23, 2019. | |
| | | 9:02 am | | | Mr. Rowe steps down. Defense witness Mr. James Strong is called and sworn. Direct examination by Mr. Gross. | |
| | 1308-1 | | x | | Photo of addition to the guest house. | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 475-12 | | x | x | Photo of plywood with damage and moisture meter. | |
| | 1520 | | x | | Stucco layers graphic. | |
| | 1344 | | x | | Site visit field notes from Andrew Shuck dated June 17, 2019. | |
| | 1413II | | x | | Drone photo of northwest corner of guest house as repaired dated September 14, 2020. | |
| | 1415B | | x | | Photo of ellorescence on exterior stucco wall of house dated May 8, 2023. | |
| | 1194 | | x | | Aerial photo of Simmons property dated October 27, 2021. | |
| | 477-28 | | x | | Photo of right gable wall of the Simmons residence. | |
| | | 9:43 am | | | Cross examination of Mr. Strong by Mr. Jason Brower. | |
| 1345-2 | | | x | x | Elevation photo of the Simmons residence. | |
| 1345-3 | | | x | x | Elevation photo of the Simmons residence. | |
| 494-1571 | | | x | x | Previously admitted exhibit. | |
| | | 9:48 am | | | Defense witness Mr. Strong steps down from the stand. | |
| | | 9:50 am | | | The jury takes a break. Matters are discussed outside the presence of the jury. | |
| | 1308-1 | | x | x | Photo of addition to the guest house. | |
| | | 9:59 am | | | The Court is in recess. | |
| | | 10:09 am | | | Court is reconvened. The jury reenters the courtroom. | |
| | | 10:11 am | | | Defense witness Mr. Terrence Paret is called and sworn. Direct examination by Mr. Gross. | |
| | | 10:15 am | | | Cross examination of Mr. Paret by Mr. Jason Brower. | |
| | | 10:17 am | | | Redirect examination of Mr. Paret by Mr. Gross. | |
| | | 10:19 am | | | Mr. Paret steps down from the stand. | |
| | | 10:20 am | | | Dr. Joel Sipe is called and sworn. Direct examination by Mr. Gross. | |
| | | 10:33 am | | | Cross examination of Dr. Sipe by Mr. Jason Brower. | |
| | | 10:38 am | | | Dr. Sipe steps down from the stand. The defense rests. | |
| | | 10:39 am | | | Jury Instruction binders are distributed to the jury. The Court gives additional instructions to the jury. | |
| | | 10:52 am | | | Plaintiff's closing argument by Mr. Jason Brower. | |
| | 1001 | | x | x | Previously admitted exhibit. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 1342 | | x | x | Previously admitted exhibit. | |
| | 494A-1327 | | x | | E-mail in claims file dated August 2, 2019. | |
| | | 11:16 am | | | Plaintiff's closing argument ends. | |
| | | 11:18 am | | | The jury exits the courtroom. The Court is in recess. | |
| | | 11:30 am | | | Court is reconvened. The jury reenters the courtroom. Defense closing argument by Mr. Romero. | |
| | | 12:15 pm | | | Defense closing argument ends. Plaintiff's rebuttal by Mr. Jason Brower. | |
| | | 12:42 pm | | | Plaintiff's rebuttal ends. The jury is admonished and given instructions for deliberation. | |
| | | 12:46 pm | | | The jury exits the courtroom for deliberation. | |
| | | 12:49 pm | | | The Court is in recess. | |
| | | 1:48 pm | | | Court is reconvened. The parties stipulate to the admission of the following exhibits. | |
| 424 | | | x | x | Sax and Roscoe Invoices dated March 27, 2023. | |
| | 1011 | | x | x | Renninger e-mail re preliminary report dated May 13, 2019. | |
| | 1013 | | x | x | Judy communication to Renninger dated May 15, 2019. | |
| | 1014 | | x | x | Judy communication dated August 7, 2019. | |
| | 1015 | | x | x | Irvin Invoice #17 dated September 5, 2019. | |
| | 1067 | | x | x | Parrish e-mail to Venuti dated August 21, 2019. | |
| 547 | | | x | x | Irvin Invoices dated May 3, 2019 to May 10, 2019. | |
| 548 | | | x | x | E-mails exchanged between Ms. Simmons and Mr. Irvin dated May 3, 2019 to May 7, 2019. | |
| | 1046 | | x | x | Mr. Porto's e-mail to Mr. Venuti dated March 18, 2020. | |
| | 1299 | | x | x | Photo of green plant adjacent to southeast corner of residence as of October 10, 2017. | |
| | 1300 | | x | x | Photo showing lack of visible burn marks on vegetation, located at northwest corner of residence as of October 10, 2017. | |
| | 1303 | | x | x | Photo of entry door on south side of the detached garage as of October 17, 2017. | |
| | 1309 | | x | x | Photo of retention wall located in between guest house and tennis court, as of October 10, 2017. | |
| | | 1:50 pm | | | The Court is in recess. | |
| | | 4:00 pm | | | The verdict is received from the jury. | |

3

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 4:10 pm | | | Court is reconvened. | |
| | | 4:11 pm | | | The jury reenters the courtroom. The verdict is read on the record. | |
| | | 4:14 pm | | | The jury is polled. The verdict is recorded. | |
| | | 4:16 pm | | | The Court addresses the jury. The jury is admonished and discharged from service. | |
| | | 4:19 pm | | | The jury exits the courtroom. Further discussions with the parties re post-trial motions and exhibit handling. | |
| | | 4:20 pm | | | Court is adjourned. | |