UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLINE SIMMONS, | CASE NO. 4:21-CV-03534-YGR |
| Plaintiff, | |
| v. | **Verdict Form** |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | |

**FILED**

FEB 1 3 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VERDICT FORM
4:21-CV-03534-YGR

1. **1. On the question regarding the claim for breach of contract, having considered the evidence in accordance with the Court's instructions and the burdens of each party, We, The Jury,** unanimously find in favor of:

    _____      Plaintiff Caroline Simmons

    \_\_\_\_X_____      Defendant Federal Insurance Company

If you answered, "Plaintiff Caroline Simmons," proceed to Question No. 2.

If you answered, "Defendant Federal Insurance Company," stop here, answer no further questions, and have the presiding juror sign and date this form.

    **2. What amount, if any,** do you award to plaintiff Caroline Simmons for breach of contract damages?

    $_____

After answering this question, have the presiding juror sign and date this form.

DATED: 2/13/25

PRESIDING JUROR NO. 5

[signature]

PRESIDING JUROR SIGNATURE